## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **STIGLEMAN** | ) | CASE NO. 3:18-cv-00208 |
| | ) | |
| Plaintiff, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | MAGISTRATE JUDGE NEWMAN |
| | ) | |
| **EVANS MOTORWORKS INC.** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER APPROVING SETTLEMENT AND
## DISMISSAL OF ACTION WITH PREJUDICE

Before the Court is the Parties' JOINT MOTION FOR APPROVAL OF SETTLEMENT

AGREEMENT AND GENERAL RELEASE AND DISMISSAL WITH PREJUDICE ("Joint

Motion"). Having reviewed the Joint Motion, the Parties' proposed Settlement Agreement and

General Release ("Agreement"), and the Declaration of Joshua B. Fuchs, it appears to the Court

that the Agreement is fair and reasonable, and that it satisfies all of the criteria for this Court's

approval under the Fair Labor Standards Act. Accordingly, it is hereby **ORDERED** as follows:

1. The Court approves the Parties' Agreement, and directs the Parties to effectuate the

   settlement of this Action pursuant to its terms; and

2. This Action is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Date: 7 - 11 - 19

Walter H. Rice
United States District Judge